# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re<br><br>GNP MAINE HOLDINGS, LLC,<br><br>Debtor. | Chapter 7<br><br>Case No. 14-12179 (MFW)<br><br>**Related D.I.: 10** |

### ORDER GRANTING PETITIONING CREDITORS' MOTION TO (1) TRANSFER VENUE PURSUANT TO 28 U.S.C. § 1412 AND FED. R. BANKR. P. 1014, AND (2) RESCHEDULE MEETING OF CREDITORS PURSUANT TO 11 U.S.C. §§ 105 AND 341 AND FED. R. BANKR. P. 2003

Upon the Petitioning Creditors' *Motion to (1) Transfer Venue Pursuant to 28 U.S.C. § 1412 and Fed. R. Bankr. P. 1014, and (2) Reschedule Meeting of Creditors Pursuant to 11 U.S.C. §§ 105 and 341 and Fed. R. Bankr. P. 2003*;[1] and upon all documentation filed in connection with the Motion, including any objections thereto; and notice of the Motion having been properly and sufficiently provided; and it appearing that no other or further notice is required; and sufficient cause appearing therefor;

IT IS HEREBY:

1.  ORDERED that the Motion is GRANTED; and it is further

2.  ORDERED that venue of the Debtor's bankruptcy proceedings is hereby transferred to the United States Bankruptcy Court for the District of Maine pursuant to 28 U.S.C. § 1412 and Fed. R. Bankr. P. 1014 in the interests of justice or for the convenience of the parties; and it is further

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings set forth in the Motion.

{BAY:02582328v1}

3. ORDERED that the Meeting of Creditors scheduled for October 15, 2014 is hereby cancelled pursuant to 11 U.S.C. §§ 105 and 341 and Fed. R. Bankr. P. 2003.

Dated: Oct. 3, 2014
Wilmington, Delaware

> Honorable Mary F. Walrath
> United States Bankruptcy Judge