

EXHIBIT A

BANKRUPTCY OF GNP ESTATES

TERM SHEET

OPERATION OF WASTE WATER TREATMENT PLANT

Parties:

    GNP Acquisition LLC (GNP Acquisition LLC or any successful purchaser of the assets hereinafter, the "Buyer")
    State of Maine, Department of Economic and Community Development ("DECD")
    Town of East Millinocket (the "Town" and the Town, together with the DECD or the designees of these parties, hereinafter collectively referred to as the "Government")
    Chapter 7 Trustee for GNP East, Inc. and GNP Maine Holdings, LLC (the "Trustee")
    GNP, LLC (Parent) ("Parent")
    GNP East, Inc.
    GNP Maine Holdings, LLC (GNP East, Inc. and GNP Maine Holdings, LLC hereinafter collectively referred to as the "Debtors")

Waste Water Treatment Assets:

    Definition – "the entirety of the improvements, buildings, structures, fixtures, and other assets forming a part of or necessary or convenient for the use, operation, and/or maintenance of the waste water treatment plant." (APA, § 22)

Terms:

1.    In the event a Buyer elects to treat the Waste Water Treatment Assets as Excluded Assets, the Waste Water Treatment Assets will be treated in accordance with the terms hereof and in accordance with the Asset Purchase Agreement, Financing, License and Option Agreement (to the extent not inconsistent with the terms hereof) executed by the Buyer.

2.    Buyer and/or the Trustee will take all steps necessary to make available to the Government and provide the Government access to all facilities, infrastructure and other items necessary for the operation of the Waste Water Treatment Assets, including, but not limited to, pipes, wiring, aeration, lagoons, pumps, electrical panels, etc. Buyer and/or the Trustee grants permission to the Government to access all mill facilities needed operate the Waste Water Treatment Assets. Buyer and/or the Trustee shall provide access to the Town to the real property needed to operate the primary waste treatment facility currently operated by the Town.

3.    Buyer, at its sole expense, will undertake expeditiously to shut off all effluent, storm water, waste product, etc. that now flows through the waste water treatment plant that is not generated by the Government. In the event the Buyer utilizes the Waste Water Treatment Assets in circumstances where such assets have been designated as Excluded Assets, Buyer shall be liable for and fund fixed operating costs for the Waste Water Treatment Assets in an amount to be agreed upon by Buyer and the Government and Buyer shall directly fund any and all

{P0818702.1}

additional costs and expenses relating to Waste Water Treatment Assets attributable to the use by Buyer.

4. The Trustee will enter into an agreement(s), as needed, or will otherwise operate the Waste Water Treatment Assets in a manner that will allow the Waste Water Treatment Assets to continue to operate post-closing of the sale of the assets to Buyer. The parties acknowledge that the Trustee may need to seek approval from the Bankruptcy Court to operate the waste water treatment plant after December 2, 2014.

5. The Government will prepare an estimated budget for the operation of the Waste Water Treatment Assets on the basis of treatment being provided for flows from the Town and DECD.

6. DECD, at its expense, if necessary, will relocate and/or bury the pipe running from the Dolby Landfill to the waste water treatment plant and fund any other alterations needed in relation to the continued treatment of waste from the Dolby Landfill or otherwise contributed by DECD or the State of Maine to the Waste Water Treatment Assets; provided, however, DECD's obligation under this section is subject to approval and appropriation by the Maine Legislature, which approval and appropriation it shall include in a budget to be submitted to the Maine Legislature.

7. The Parties will share the expense of the Trustee's operation of the Waste Water Treatment Assets upon such terms as agreed to by them.

8. If the expense of operating the Waste Water Treatment Assets, including relocating and/or burying the pipe from the Dolby Landfill exceeds the funds available to the Government (after accounting for the agreement between the Town and DECD as contemplated by section 7 hereof), Buyer and/or the Trustee will make funds available to make up the difference for a period not to exceed 6 months. Any amounts funded by the Buyer or the Trustee pursuant to this section shall be repaid to the party advancing the funds (with no interest or other charges) within 8 months of the date of the closing of the sale of the Debtors' assets, provided, however, DECD's obligation under this section is subject to approval and appropriation by the Maine Legislature, which approval and appropriation it shall include in a budget to be submitted to the Maine Legislature and, provided, further, that that Town's obligations hereunder shall be subject to the Town obtaining the appropriate approval from the governing body of the Town.

9. DECD and the Town will seek an appropriation and/or budgetary approval, as the case may be, to reimburse GNP or the Trustee for the funds made available to operate the Waste Water Treatment Assets.

10. The waste water treatment plant license will be held by the Trustee until such time as the license can be transitioned in an orderly fashion to the party designated by the Government to operate the Waste Water Treatment Assets going forward, provided, however, that the Trustee shall not be required to hold any licenses relating to the Waste Water Treatment Assets for greater than 6 months after the closing date of the sale of the Debtors' assets. The Trustee, the Government and Parent will work cooperatively to effect a change to the license based on the operation of the Waste Water Treatment Assets without flows from the mill.

11.     On behalf of the Trustee, the Government will seek from Brookfield an agreement on the cost per kilowatt hour to operate the Waste Water Treatment Assets. If feasible, Buyer and the Government will take such steps as necessary to separately meter power to the Waste Water Treatment Assets. The cost of separate metering shall be shared equally by Buyer and the Government, provided, however, DECD's obligation under this section is subject to approval and appropriation by the Maine Legislature, which approval and appropriation it shall include in a budget to be submitted to the Maine Legislature and, provided, further, that that Town's obligations hereunder shall be subject to the Town obtaining the appropriate approval from the governing body of the Town.